UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MILITA DOLAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TPG HOTELS & RESORTS, INC.,<br><br>Defendant. | Case No. 1:18-cv-02309-ELR |

## STIPULATION OF DISMISSAL

COMES NOW Plaintiff, Milita Dolan, and Defendant, TPG Hotels & Resorts, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.      This action shall be DISMISSED, with prejudice with each side to bear her or its own fees and costs; and

2.      No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules.

1

Dated: January 2, 2019                              Respectfully submitted,

*/s/ Anthony C. Lake*                              */s/ Lauren H. Zeldin*
Anthony C. Lake                                     Lauren H. Zeldin
GILLEN WITHERS & LAKE, LLC                          Georgia Bar No. 368999
3490 Piedmont Road, N.E.                            Ogletree, Deakins, Nash,
One Securities Centre, Suite 1050                   Smoak & Stewart, P.C.
Atlanta, GA 30305                                   191 Peachtree Street, N.E.
404.842.9700                                        Suite 4800
aclake@gwllawfirm.com                               Atlanta, GA 30303
                                                    Telephone: 404-881-1300
Thomas A. Withers                                   Facsimile: 404-870-1732
GILLEN WITHERS & LAKE, LLC                          lauren.zeldin@ogletree.com
8 E. Liberty Street
Savannah, GA 31401
912.447.8400
twithers@gwllawfirm.com

R. Bruce Carlson
Kelly K. Iverson
Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue,5th Floor
Pittsburgh, PA 15222
412-322-9243
bcarlson@carlsonlynch.com
kiverson@carlsonlynch.com

2